FILED: January 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1927

(A094-223-103)

_____

ELDER ANTONIO RAMIREZ-MARTINEZ

    Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

    Respondent

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk